UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ABSOLUTE RESOLUTIONS INVESTMENTS, LLC,                            :
                                                                  :     22 Civ. 335 (PAE)
                                         Plaintiff,               :
                                                                  :     ORDER
                  -v-                                             :
                                                                  :
CITIBANK, N.A.,                                                   :
                                                                  :
                                         Defendant.               :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      Plaintiff Absolute Resolutions Investments, LLC ("Absolute") here invokes subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. If Absolute is, indeed, a limited liability company, as its name would imply, then its Complaint must allege (1) the citizenship of natural persons who are members of the limited liability company and (2) the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company. By February 1, 2022, Absolute shall amend its pleading to allege the citizenship of each constituent person or entity of the LLC. *See Handelsman v. Bedford Village Associates Ltd. Partnership*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). If Absolute is unable to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the LLC, then its Complaint will be dismissed without prejudice for lack of subject matter jurisdiction. *See Curley v. Brignoli, Curley & Roberts Assoc.*, 915 F.2d 81, 83 (2d Cir.

1990) ("[S]ubject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power.").

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: January 19, 2022
       New York, New York